U.S. Department of Justice  
United States Marshals Service

PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:18-CR-0090(JAM) |
|---|---|
| DEFENDANT<br>Wilson Velez, et al. | TYPE OF PROCESS<br>Final Order of Forfeiture |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>$4,211.00 in United States currency, $5,000.00 in United States currency, and miscellaneous jewelry |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |

JAN 3 2020 PM 12:24  
FILED-USDC-CT-NEW HAVEN

2020 JAN -3 AM 9:45

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| Todd Ludlow<br>United States Attorney's Office<br>157 Church Street, 25th Floor<br>New Haven, CT 06510 | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service). Sell/Liquidate miscellaneous jewelry. Deposit currency assets.

| Signature of Attorney or other Originator requesting service on behalf of:<br>/s/ Michelle R. McConaghy | X PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(203)821-3700 | DATE<br>1/2/2020 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. 1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk<br>Lisa Staffieri | Date<br>1/3/2020 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of Individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 01/02/2020   Time: 11:49 am<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (Including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED     SEND ORIGINAL + 2 COPIES to USMS.     FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt